JD:DJL
F.# 2018R00569

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

DEXSHAWN LINDORE ▇▇▇▇

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

19-M-576
*redacted*
**TO BE FILED UNDER
SEAL**

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN ARREST
WARRANT

(T. 18, U.S.C., §§ 924(c), 1951(a),
2 and 3551 et seq.)

EASTERN DISTRICT OF NEW YORK, SS:

DAVIE RODRIGUEZ, being duly sworn, deposes and says that he is a task

force officer with the Federal Bureau of Investigation ("FBI"), duly appointed according to

law and acting as such.

On or about February 17, 2018, within the Eastern District of New York, the

defendants DEXSHAWN LINDORE ▇▇▇▇▇▇▇▇▇ together with others, did

knowingly and intentionally conspire to obstruct, delay and affect commerce, and the

movement of articles and commodities in commerce, to wit: the robbery of U.S. currency

from a commercial establishment located in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

1

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Task Force Officer with the FBI and have been involved in the investigation of numerous cases involving robberies, narcotics trafficking and violent crimes. I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for violent crimes, including armed robberies. These investigations are conducted both in an undercover and overt capacity. I have participated in investigations involving search warrants and arrest warrants.

2.     I am familiar with the facts and circumstances set forth below from my review of investigation records, conversations with the victims and witnesses and discussions with other law enforcement personnel.

3.     On or about February 17, 2019 the defendants DEXSHAWN LINDORE ███████████████ along with at least two other co-conspirators, entered the Mega Food Market, a grocery store on 1017 Rogers Avenue in Brooklyn, New York. The defendants entered the store with at least two firearms.

4.     According to video surveillance, the defendant ███████████ and one of his co-conspirators ("Co-Conspirator 1") remained toward the entrance of the store, while the defendant DEXSHAWN LINDORE and one of his co-conspirators ("Co-Conspirator 2") went to the rear of the store.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

[REDACTED]

6.    While the defendant [REDACTED] and Co-Conspirator 1 were in the front of the store, the defendant DEXSHAWN LINDORE and Co-Conspirator 2 went to the rear of the store where two individuals ("Victim-1" and "Victim-2") were located. Victim-1 and Victim-2, whose identities are known to law enforcement, stated in sum and substance, and in part, that the defendant DEXSHAWN LINDORE and Co-Conspirator 2 approached the back of the store brandishing a firearm and took approximately $720.00 in United States currency from Victim-1. Victim-2 stated to law enforcement, in sum and substance, and in part, that he stumbled upon that robbery in progress and was subsequently shot in his left shoulder. Victim-1 identified the defendant, DEXSHAWN LINDORE, as the shooter from a photo array.

7.    Shortly thereafter, surveillance video depicts the defendants fleeing on foot.

8.    [REDACTED]

9.    The Mega Food Market engages in interstate commerce because it sells products, such as cigarettes, which are not manufactured in the State of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant for the defendants DEXSHAWN LINDORE ███████████████ be issued so that they may be dealt with according to law. I further request that the Court order that this application, including the affidavit and arrest warrants, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation. Disclosure of this application and these orders would seriously jeopardize the ongoing investigation, as such a disclosure would give the targets of the investigation an opportunity to destroy evidence, harm or threaten victims or other witnesses, change patterns of behavior, notify confederates and flee from or evade prosecution.

Davie Rodriguez
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this
25 day of June, 2019

S/ Mann

THE HONORABLE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK